·· No. 1340. PEOPLE, APPELLEE, *v.* PADÍN, APPELLANT.—Embezzlement. Arecibo. December 12, 1918. *Affirmed.*

No. 241. SUCCESSION OF JESÚS, PETITIONER, *v.* LLOREDA, DISTRICT JUDGE, RESPONDENT. — Certiorari. December 12, 1918. *Petition denied.*

No. 1343. PEOPLE, APPELLEE, *v.* OSORIO, APPELLANT.—Violation of section 288 of the Penal Code. San Juan, Section 2. December 16, 1918. *Affirmed.*

No. 1300. PEOPLE, APPELLEE, *v.* RÍOS, APPELLANT.—Violation of the Weights and Measures Act. Ponce. December 16, 1918. *Reversed.*

No. 1344. PEOPLE, APPELLEE, *v.* DE JESÚS, APPELLANT.—False representation. Guayama. December 20, 1918. *Reversed.*

No. 1335. PEOPLE, APPELLEE, *v.* OLIVIERI, APPELLANT.—Offense against public justice. Mayagüez. December 20, 1918. *Affirmed.*

No. 1946. BENÍTEZ, APPELLEE, *v.* BENÍTEZ ET AL., APPELLANTS. — Contract. Humacao. December 23, 1918. *Dismissed.*

No. 1947. LARA ET AL., APPELLANTS, *v.* MÁS ET AL., APPELLEES.—Ejectment. San Juan, Section 2. December 23, 1918. *Dismissed.*